```
                    FILED
          CLERK, U.S. DISTRICT COURT

                 MAR 28 2011

          CENTRAL DISTRICT OF CALIFORNIA
          BY                      DEPUTY
```

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO.: CR 02-00484 MMM-G |
| Plaintiff, | ORDER OF DETENTION AFTER HEARING [Fed.R.Crim.P. 32.1(a)(6); 18 U.S.C. 3143(a)] |
| v. | |
| JUAN FRANK MARTINEZ, | |
| Defendant. | |

The defendant having been arrested in this district pursuant to a warrant issued by the United States District Court for the Central District of California for alleged violation of the terms and conditions of his supervised release; and

The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

The Court finds that:

A. (X) The defendant has not met his burden of establishing by clear and convincing evidence that he is not likely to flee if

1     released under 18 U.S.C. § 3142(b) or (c). This finding is
2     based on his failure to proffer any evidence to meet his burden
3     on this issue;
4     and
5 B. (X) The defendant has not met his burden of establishing by
6     clear and convincing evidence that he is not likely to pose a
7     danger to the safety of any other person or the community if
8     released under 18 U.S.C. § 3142(b) or (c). This finding is
9     based on his failure to proffer any evidence to meet his burden
10    on this issue.
11    IT THEREFORE IS ORDERED that the defendant be detained pending
12 the further revocation proceedings.

14 DATED: March 28, 2011

                                   *Margaret A. Nagle*
                                   MARGARET A. NAGLE
                            UNITED STATES MAGISTRATE JUDGE